AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Lee TranServices, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Central Mutual Insurance Company <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-00008 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Central Mutual Insurance Company
c/o Corporate Creations Network Inc.
5444 Westheimer Road, Suite 1000
Houston, Texas 77056-5318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. James Cooper
Reed Smith LLP
811 Main Street, SUite 1700
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **1/15/20**                                    *David A. O'Toole*
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00008

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Central Mutual Insurance Company**
was received by me on *(date)* **January 15, 2020**.

☑ I personally served the summons on the individual at *(place)* **5444 Westheimer Road, Suite 1000, Houston, Texas 77056, Harris County**  on *(date)* **January 16, 2020**  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/16/20**

*Server's signature*

GABRIEL RODRIGUEZ
License: PSC-12665
EXP:31 MAY 2020

**Gabriel L. Rodriguez, Process Server**
*Printed name and title*

**3227 Park Garden Drive, Kingwood, Texas 77339**
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF AUTHORITY

I, Veronica C. Valega, Operations Director of Corporate Creations Network Inc. and United Agent Group Inc., do hereby authorize Regus, and all of its staff, including but not limited to Leslie Cruz, Johnny Rivera and Sandra Zboyan, to accept and mail all documents, including any and all court documents served or delivered by the court, private server, sheriff, courier, or otherwise on behalf of me and my companies. This authorization includes signing on behalf of myself, Corporate Creations Network Inc., or United Agent Group Inc. to accept all mail and documents, including court documents served or delivered by the court, private server, sheriff, courier, or otherwise to 5444 Westheimer #1000, Houston, TX 77056.

HEREBY SEEN AND AGREED:

_____          7/1/19
Veronica C. Valega                        DATE
Operations Director
Corporate Creations Network Inc.
United Agent Group Inc.

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 1st day of July, 2019 by the above named signatory, who is personally known to me or who produced a drivers license or passport as identification and who did take an oath.

_____
Signature of Notary Public



ANGELA MARTIN
Commission # GG 333501
Expires June 15, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Stamp of Notary Public